IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LEE STANTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-01480 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

The Sixth Circuit Court of Appeals has denied this defendant's Motion for Authorization to File a Second or Successive Motion to Vacate Sentence Under 28 U.S.C. § 2255. It is therefore ORDERED that his Motion to Vacate, Set Aside, or Correct Sentence filed June 21, 2016 (Docket No. 1) is DENIED. This Order constitutes the final judgment in this case.

It is so **ORDERED**.

ENTER this 9th day of September 2016.

_____
ALETA A. TRAUGER
U.S. District Judge